WARREN *v.* LENAWEE CIRCUIT JUDGE.

DETROIT, TOLEDO & IRONTON RAILWAY *v.* SAME.

Mandamus—Equity—Scope of Writ—Statutes.

> Act No. 310, Pub. Acts 1905, relating to the review by certiorari of judgments in actions at law does not modify the method of reviewing the denial of motions to dismiss bills of complaint in equity, which may not be reversed by mandamus.

Mandamus by Benjamin S. Warren and by the Detroit, Toledo & Ironton Railway Company, severally, to compel John L. O'Mealey, circuit judge of Lenawee county, to vacate orders denying motions to dismiss bills in equity. Submitted October 5, 1909. (Calendar Nos. 23,351, 23,352.) Writs denied April 1, 1910.

*Benjamin S. Warren* (*Stevenson, Carpenter & Butzel,* of counsel), for relators.

*Marshall & Fraser* and *Smith, Baldwin & Alexander,* for respondent.

Montgomery, C. J. Two cases were instituted by bill in chancery in the circuit court against the present relators, and it is moved to dismiss the proceedings for the want of jurisdiction. The circuit judge overruled the motion, and the defendants now apply for mandamus to compel the vacation of the order refusing to dismiss the cases.

The remedy by mandamus is not the proper remedy. *Michigan Mut. Fire-Ins. Co.* v. *Wayne Circuit Judge,* 112 Mich. 270 (70 N. W. 582), and *Hitchcock* v. *Wayne Circuit Judge,* 144 Mich. 362 (107 N. W. 1123).

The statute (Act No. 310, Pub. Acts 1905) has not modified the rule of these cases, as that statute relates to actions at law.

The application in each case is denied, with costs.

OSTRANDER, HOOKER, MOORE, and MCALVAY, JJ., concurred.